■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERVIN J. SMALLS, JR., Appellant. (Appeal No. 2.) [953 NYS2d 531]— Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered May 21, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Smalls* (100 AD3d 1428 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.